UNITED STATES DISTRICT COURT
District of Maine

| KHALID GURHAN, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | No. 2:19-cv-00349-GZS |
| CITY OF SACO, et al., | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION AFTER REVIEW OF PLAINTIFF'S COMPLAINT

The United States Magistrate Judge filed with the Court on October 30, 2019, his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 14). Plaintiff filed his Objection to the Recommended Decision (ECF No. 15) on November 12, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge After Review of Plaintiff's Complaint is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that after a review in accordance with 28 U.S.C. §§1915 and 1915A, Plaintiff's claims against Defendants City of Saco, City of Biddeford, and Cumberland County are hereby **DISMISSED**.

3. It is hereby **ORDERED** that Plaintiff's claims against Defendants Ryan Hatch, Derek McDonald, Peter Mador, and Juliet Angis are **STAYED** until the conclusion of the state court criminal proceedings. The Plaintiff shall notify the Court when the state court criminal proceedings are concluded.

/s/George Z. Singal
U.S. District Judge

Dated this 13th day of November, 2019.