# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KHALID GURHAN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Docket no. 2:19-cv-00349-GZS ) |
| CITY OF SACO, et al., | ) ) |
| Defendants. | ) ) ) |

## ORDER ADOPTING RECOMMENDED DECISION

On February 7, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 20). No objections have been filed. The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.
2. This case is hereby **DISMISSED** for failing to state a claim on which relief may be granted in accordance with 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 3rd day of March, 2022.